THE EMIGRANT INDUSTRIAL SAVINGS BANK, *Plaintiff*, *v.* CATHARINE ROCHE and others, *Defendants.*—THOMAS KENNEALLY, *Claimant, Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

THE MAYOR, ETC., OF NEW YORK, *Appellant, v.* IRA DAVENPORT, *Respondent, Impleaded, etc.* — Judgment affirmed. Opinion *Per Curiam.*

WALTER P. TILLMAN, *Plaintiff*, *v.* ELLEN AUGUSTA DAVIS and others, *Defendants.* — Judgment affirmed, with costs, on opinion of VAN VORST, J.

WALTER E. LAWTON, *Appellant, v.* THE NEW YORK EXTRACTING AND FERTILIZER MANUFACTURING COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

ELLA L. WINTON, *Respondent, v.* WALTER W. WINTON, *Appellant.*— Order modified by reducing alimony to twelve dollars per week, and as so modified affirmed, without costs.

GEORGE J. PEET and another, *Executors, etc., Respondents, v.* ALBERT L. MOWRY and CHARLES B. PEET, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

JOSEPH NAYLOR, *Respondent, v.* ANTONIO RASINES, *Appellant, Impleaded, etc.* Order affirmed, with ten dollars costs and disbursements.

RICHARD L. CAMPBELL and another, *Respondents, v.* WILLIAM C. CLARKE, *Appellant.*—Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by BRADY, J.

JONAS G. GOLDSMITH, *Respondent, v.* THE UNITED STATES HEVEE-NOID COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

IN THE MATTER OF CHRISTOPHER PRINCE. — Order affirmed, with ten dollars costs and disbursements.

SAMUEL H. HURD, *as Receiver, etc., Respondent, v.* THE FARMERS' LOAN AND TRUST COMPANY, *Appellant.* — Order affirmed, without costs. Opinion by DANIELS, J.

CHRISTIAN T. CHRISTENSEN, *Plaintiff, v.* PAUL W. SPOFFORD, *Defendant.* — Order affirmed, without costs. Opinions by DANIELS and MACOMBER, JJ.

ROBERT C. LOWRY, *Respondent, v.* JAMES GAULT, *Defendant, Impleaded, etc.* — Judgment and order affirmed, with costs. Opinion by DAVIS, P. J.

IN THE MATTER OF THE TRUSTEES OF THE LEAKE AND WATTS ORPHAN HOME, ETC. — Order affirmed, with ten dollars costs and disbursements.